United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 21-50554-KMS
Raphael E DeLoach     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Jun 09, 2025     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Raphael E DeLoach, 510 Washington St, Ellisville, MS 39437-2050 |
| | | Howard Industries, P O Box 1588, Laurel, MS 39441-1588 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2025 at the address(es) listed below:

**Name**     **Email Address**

David Rawlings
   on behalf of Trustee David Rawlings ecfnotices@rawlings13.net sduncan@rawlings13.net

David Rawlings
   ecfnotices@rawlings13.net sduncan@rawlings13.net

Eric C Miller
   on behalf of Creditor BankUnited N.A. logsecf@logs.com

Eric C Miller
   on behalf of Creditor Carrington Mortgage Services LLC logsecf@logs.com

Jennifer A Curry Calvillo
   on behalf of Debtor Raphael E DeLoach jennifer@therollinsfirm.com
   jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com

John E. Tucker

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jun 09, 2025 | Form ID: pdf012 | Total Noticed: 2 |

        on behalf of Creditor TOWER LOAN OF MISSISSIPPI LLC jtucker@towerloan.com

Samuel J. Duncan
        on behalf of Trustee David Rawlings sduncan@rawlings13.net

Thomas Carl Rollins, Jr
        on behalf of Debtor Raphael E DeLoach trollins@therollinsfirm.com
        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
        USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 9

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                         CHAPTER 13 PROCEEDING:
  RAPHAEL E DeLOACH                                 21-50554 KMS
  510 Washington St
  Ellisville, MS  39437                              SSN:  XXX-XX-1904

### RELEASE OF WAGES

THE ORDER heretofore entered in these proceedings by which the debtor's employer:

  HOWARD INDUSTRIES
  P O BOX 1588
  LAUREL, MS  39441-1588

was required to pay debtor's earnings or a portion thereof to:

  DAVID RAWLINGS, TRUSTEE
  LOCK P.O. BOX 871
  HATTIESBURG, MS  39403
  (601) 582-5011

IS VACATED AND THE ABOVE NAMED EMPLOYER WILL HENCEFORTH ACCOUNT DIRECTLY TO THE EMPLOYEE FOR WAGES EARNED.

##END OF ORDER##

SUBMITTED BY:

/s/ DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
(601) 582-5011
ecfNotices@rawlings13.net