UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  RAPHAEL E DeLOACH                                              CHAPTER 13 BANKRUPTCY
                                                                                             CASE NO. 21-50554 KMS

DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

## NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS

COMES NOW, the Trustee, David Rawlings, and files this Notice of Final Cure of Mortgage Payment(s) in regard to the Claim(s) of **BANK UNITED N.A.**.

1. The Debtor(s) has paid in full the amount required to cure any default on the claim(s), i.e. all applicable pre-petition arrearage has been cured and/or all applicable future mortgage payments made through the Plan, have been paid.

2. The above listed holder(s) of said claim(s) is obligated to file and serve a response within 21 days after service of this Notice, as required by and pursuant to FRBP 3002.1(g).

Respectfully submitted,

/s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
Telephone: (601) 582-5011
ecfNotices@rawlings13.net

## CERTIFICATE OF SERVICE

I, DAVID RAWLINGS, do hereby certify that I have this date transmitted via Electronic Case Filing, and/or via U. S. Mail, postage prepaid, a true and correct copy of NOTICE OF FINAL CURE OF MORTGAGE PAYMENTS (BANK UNITED N.A. (Claim #4)) to the below parties.

Notice Provided via First Class U.S. Mail:

RAPHAEL E DeLOACH
510 Washington St
Ellisville, MS  39437

BANKUNITED N.A.
CARRINGTON MGT. SVCS. LLC.
1600 SOUTH DOUGLASS ROAD
ANAHEIM, CA  92806

ERIC C. MILLER
LOGS LEGAL GROUP, LLP
1080 RIVER OAKS DRIVE, SUITE B-202
FLOWOOD, MS  39232

Service provided via Notice of Electronic Filing (NEF) through ECF system:

THOMAS C. ROLLINS, JR
UNITED STATES TRUSTEE

Dated this the 13th day of June, 2025.        /s/  DAVID RAWLINGS

DAVID RAWLINGS, TRUSTEE