IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Raphael E DeLoach, Debtor            Case No. 21-50554-KMS
                                              Chapter 13

**<u>DEBTOR'S CERTIFICATION AND MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE PURSUANT TO 11 U.S.C. §1328 (a) and (h)</u>**

**This motion seeks an order discharging the debtor(s) pursuant to § 1328(a) of the bankruptcy code. If you oppose this motion, you must file a response with the court within twenty-one (21) days from the date listed below in the certificate of service. Your response must set forth the specific factual allegations with which you disagree, and a copy of your response must be served on the debtor(s) and debtor's(s') attorney. If no timely response is filed, the court may grant this motion without holding a hearing. A timely response is necessary for a hearing to be held.**

1. By signing below, the debtor certifies under penalty of perjury that the following statements are true and correct:

   A. For cases filed on or after March 10, 2008, I have completed a personal financial management instructional course provided through an agency approved by the United States Trustee and have filed the certificate of completion provided by the course provider (in a joint case, both husband and wife must each complete the course and file a certificate of completion) or the approved personal financial management course provider has notified the court that I have completed a post-petition instructional course concerning personal financial management. **11 U.S.C. § 1328(g)**

   B. All pre-petition amounts owed by me on domestic support obligation ("Domestic Support Obligation" as defined at 11 U.S.C §101(14A)), if any, have been paid to the extent provided by the plan. All post-petition amounts owed by me on a domestic support obligation, if any, have been paid. **11 U.S.C §1328(a)**

   C. I have not received a discharge under chapter 7, 11 or 12 of the Bankruptcy Code in a prior case filed during the four-year period preceding the date that the petition was filed in this case. **11 U.S.C. §1328(f)(1)**

   D. I have not received a discharge under chapter 13 of the Bankruptcy Code in a prior case filed during the two-year period before the date that the petition was filed in this case. **11 U.S.C. §1328(f)(2)**

   E. I have not been convicted of a felony, the circumstances of which would demonstrate that the filing of this bankruptcy case constituted an abuse of the provisions of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(A)**

   F. If I owe a debt arising from: (i) any violation of any State or Federal securities laws, regulations or orders, (ii) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security, (iii) a civil remedy under 1964 of Title 18 of the United States Code, or (iv) that caused serious injury or death to another individual in the preceding five (5) years, in the preceding five (5) years, then I have not claimed an exemption for my/our residence in an amount in excess of the statutory cap as

      prohibited by §522(q)(1) of the Bankruptcy Code. **11 U.S.C. §1328(h)(1) and §522(q)(1)(B)**

G. No proceeding is pending in which I may be found guilty of a felony of the kind described in §522(q)(1)(A) or in which I may be found liable for a debt of the kind described in §522(q)(1)(B). **11 U.S.C. §1328(h)(2)**

H. I have made all payments required by my confirmed Chapter 13 plan.

2. Debtor hereby moves the court for the entry of a discharge order in this case.

Signed:  **/s/ Raphael E DeLoach**                                                                                        **06/18/2025**
         Raphael E DeLoach                                                                                        Date

**/s/ Thomas C. Rollins, Jr.**                                                                                        **06/19/2025**
Thomas C. Rollins, Jr., MS Bar No. 103469                                                         Date
Attorney for the Debtor
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601.500.5533

3. Mailing address for filing responses:

| Jackson Office: | Gulfport Divisional Office: |
|---|---|
| Danny L. Miller, Clerk | Danny L. Miller, Clerk |
| United States Bankruptcy Court | United States Bankruptcy Court |
| Thad Cochran US Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 E Court St, Ste 2.300 | 2012 15th St, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |

### CERTIFICATE OF SERVICE

On June 19, 2025, a copy of this pleading was served on each of the persons listed on the attached service list either by prepaid United States mail or via electronic service through the Court's EM/ECF system at the mailing addresses and/or email addresses indicated.

                                                        **/s/ Thomas C. Rollins, Jr.**
                                                        Thomas C. Rollins, Jr.

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 21-50554-KMS |
|---|---|
| RAPHAEL E DELOACH | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 13 |

On 6/20/2025, I did cause a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/20/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

RAPHAEL E DELOACH

CASE NO: 21-50554-KMS

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 6/20/2025, a copy of the following documents, described below,

Notice and Motion for Entry of Chapter 13 Discharge

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/20/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 21-50554-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI JUN 20 7-37-10 PST 2025 | ~~(U)BANKUNITED NA~~ | ~~(U)CARRINGTON MORTGAGE SERVICES  LLC~~ |
| | | EXCLUDE |
| PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | SUNBELT FEDERAL CREDIT UNION<br>6885 US HIGHWAY 49<br>HATTIESBURG  MS 39402-7807 | ~~(U)TOWER LOAN OF MISSISSIPPI  LLC~~ |
| EXCLUDE | | |
| ~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | AFNI<br>PO BOX 3097<br>BLOOMINGTON  IL 61702-3097 | ATT<br>PO BOX 5087<br>CAROL STREAM  IL 60197-5087 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | (P)CARRINGTON MORTGAGE SERVICE LLC<br>1600 S DOUGLAS RD SUITE 110<br>ANAHEIM CA 92806-5951 |
| | EXCLUDE | |
| BRICKHOUSE OPCO I LLC<br>4053 MAPLE ROAD<br>SUITE 122<br>AMHERST  NY 14226-1058 | ~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~<br>~~1600 S DOUGLAS RD SUITE 110~~<br>~~ANAHEIM CA 92806 5951~~ | CAPITAL ONE<br>PO BOX 30281<br>SALT LAKE CITY  UT 84130-0281 |
| | EXCLUDE | |
| CAPITAL ONE BANK (USA)  NA<br>BY AMERICAN INFOSOURCE AS AGENT<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY  OK 73118-7901 | ~~(D)(P)CARRINGTON MORTGAGE SERVICE LLC~~<br>~~1600 S DOUGLAS RD SUITE 110~~<br>~~ANAHEIM CA 92806 5951~~ | CITIBANK  NA<br>5800 S CORPORATE PL<br>SIOUX FALLS  SD  57108-5027 |
| CITIBANKBEST BUY<br>PO BOX 6497<br>SIOUX FALLS  SD 57117-6497 | CREDENCE RESOURCE MANA<br>PO BOX 2238<br>SOUTHGATE  MI 48195-4238 | DEPARTMENT OF TREASURY<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| ERIC C MILLER<br>LOGS LEGAL GROUP  LLP ATTORNEY FOR<br>CARRINGTON MORTGAGE SERVICES  LLC<br>1080 RIVER OAKS DRIVESUITE B-202<br>FLOWOOD  MS 39232 | GENESIS BANKCARD<br>PO BOX 4499<br>BEAVERTON  OR 97076-4499 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 |
| JENNIFER ANN CURRY CALVILLO<br>ATTORNEY FOR DEBTOR<br>THE ROLLINS LAW FIRM  PLLC<br>702 WEST PINE ST<br>HATTIESBURG  MS 39401-3836 | LVNV FUNDING LLC<br>RESURGENT CAPITAL SERVICES<br>PO BOX 10587<br>GREENVILLE  SC 29603-0587 | ONEMAIN FINANCIAL GROUP  LLC AS<br>SERVICER FOR<br>ONEMAIN FINANCIAL ISSUANCE TRUST 2019A<br>ONEMAIN<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| ONEMAIN FINANCIAL<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF<br>PORTFOLIO RECOVERY ASSOCIATES  LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 | (P)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| RESURGENT CAPITAL SERV<br>15 SOUTH MAIN ST<br>STE 600<br>GREENVILLE  SC 29601-2768 | SANTANDER CONSUMER USA<br>PO BOX 961212<br>FORT WORTH  TX 76161-0212 | SANTANDER CONSUMER USA  INC  AN ILLINOIS<br>CORPORATION DBA CHRYSLER CAPITAL<br>1601 ELM STREET STE 800<br>DALLAS  TX 75201-7260 |
| SANTANDER CONSUMER USA  INC  AN ILLINOIS<br>CORPORATION DBA CHRYSLER CAPITAL<br>PO BOX 961275<br>FORT WORTH  TX 76161-0275 | STACY DELOACH<br>401 N PINE ST<br>LAUREL  MS 39440-3531 | STERLING JEWELERS<br>PO BOX 1799<br>AKRON  OH 44309-1799 |
| SUNBELT FEDERAL CREDIT UNION<br>6885 U S HIGHWAY 49 N 3<br>HATTIESBURG  MS 39402-7807 | SYNCHRONY BANK<br>PO BOX 105972<br>ATLANTA  GA 30348-5972 | SYNCHRONY BANKLOWES<br>PO BOX 956005<br>ORLANDO  FL 32896-0001 |
| (P)TOWER LOAN<br>P O BOX 320001<br>FLOWOOD MS 39232-0001 | TOWER LOAN OF MISSISSIPPI  LLC<br>PO BOX 320001<br>FLOWOOD  MS 39232-0001 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 |
| ~~EXCLUDE~~<br>~~UNITED STATES TRUSTEE~~<br>~~501 EAST COURT STREET~~<br>~~SUITE 6-430~~<br>~~JACKSON  MS 39201-5022~~ | WELLS FARGO<br>PO BOX 14517<br>DES MOINES  IA 50306-3517 | ~~EXCLUDE~~<br>~~(P)DAVID RAWLINGS~~<br>~~ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE~~<br>~~PO BOX 566~~<br>~~HATTIESBURG MS 39403-0566~~ |
| JENNIFER A CURRY CALVILLO<br>THE ROLLINS LAW FIRM<br>702 W PINE ST<br>HATTIESBURG  MS 39401-3836 | DEBTOR<br>RAPHAEL E DELOACH<br>510 WASHINGTON ST<br>ELLISVILLE  MS 39437-2050 | STACY M DELOACH<br>510 WASHINGTON ST<br>ELLISVILLE  MS 39437-2050 |
| ~~EXCLUDE~~<br>~~THOMAS CARL ROLLINS JR~~<br>~~THE ROLLINS LAW FIRM  PLLC~~<br>~~PO BOX 13767~~<br>~~JACKSON  MS 39236-3767~~ | | |