| **Fill in this information to identify the case:** |
|---|
| Debtor 1  Raphael E DeLoach a/k/a Rapheal E Deloach |
| Debtor 2  _____ <br>            (Spouse, if filing) |
| United States Bankruptcy Court for the: Southern District of Mississippi Gulfport-6 Division <br>                                                                                                (State) |
| Case number  21-50554-KMS |

Form 4100R

# Amended Response to Notice of Final Cure Payment*                                                              10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:   Mortgage Information

**Name of Creditor:**   **BankUnited N.A.**                                                          **Court Claim no. (**if known)
                                                                                                                                                 4
**Last 4 digits of any number you use to identify the debtor's account: 8994**

**Property address:**   510 Washington St
                                      Number          Street

                                      Ellisville, MS 39437
                                      City                          State        Zip Code

## Part 2:   Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default
    on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default
    on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date
    of the response is:                                                                                                                                      $ _____

## Part 3:   Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of
    the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

    The next postpetition payment from the debtor(s) is on:          07/01/2025
                                                                                                  MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5)
    of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

    Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

    a.   Total postpetition ongoing payments due:                                                            (a) $ _____
    b.   Total fees, charges, expenses, escrow, and costs outstanding:                               (b) $ _____
    **c.   Total**. Add lines a and b.                                                                                      (c) $ _____

    Creditor asserts that the debtor(s) are contractually
    obligated for the postpetition payments that first became
    due on:                                                                                   ____/____/_____
                                                                                                 MM / DD / YYYY

*This Amended Response to Notice of Final Cure Payment amends the Response to Notice of Final Cure Payment which was filed on 07/02/2025.

| | | |
|---|---|---|
| Debtor 1 | Raphael E DeLoach a/k/a Rapheal E Deloach | Case number: 21-50554-KMS |
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Eric C. Miller                              Date: July 10, 2025
   Signature

**Print:**   William Savage #105785                  Title  Attorney for and on behalf of Carrington Mortgage Services, LLC
             Eric Miller #102327                            (as servicer for creditor)
             First Name    Middle Name    Last Name

Company   LOGS Legal Group LLP

Address   579 Lakeland East Drive, Suite D
          Number         Street
          Flowood, MS 39232
          City                          State   ZIP Code

Contact phone  (601) 981-9299                       Email  logsecf@logs.com

## Certificate of Service

*I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on*

Date: July 10, 2025

Chapter 13 Trustee: David Rawlings

Trustee Address: P.O. Box 566, Hattiesburg, MS 39403

Trustee Email: ecfnotices@rawlings13.net

Debtor's Counsel Name: Jennifer A Curry Calvillo, The Rollins Law Firm

Debtor's Counsel Address: 702 W. Pine St, Hattiesburg, MS 39401

Debtor's Counsel Email: jennifer@therollinsfirm.com

Debtor's Name: Raphael E DeLoach a/k/a Rapheal E Deloach

Debtor's Mailing Address: 510 Washington St, Ellisville, MS 39437

/s/ Eric C. Miller

William Savage #105785
Eric Miller #102327