# Proceeding Minutes / Proceeding Memo

**Case #:** 21-50554          **Case Name:** Raphael E DeLoach

**Set:** 08/14/2025 10:30 am   **Chapter:** 13   **Type:** bk   **Judge** Katharine M. Samson

**matter** Motion for Determination of Final Cure and Payment Re: BankUnited N.A. Pursuant to FRBP 3002.1. Filed by Trustee David Rawlings  (Dkt. #83)

---

Minute Entry Re: (related document(s): [83] Motion to Determine Final Cure and Mortgage Payment Rule 3002.1 filed by David Rawlings) Duncan to submit a no response order. Order due by 08/28/2025. Email received from Duncan. (mcc)