**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   RAPHAEL E. DELOACH,
         DEBTOR(S)

CHAPTER 13 BANKRUPTCY
CASE NO. 21-50554-KMS

DAVID RAWLINGS, TRUSTEE

### ORDER ON TRUSTEE'S MOTION TO DETERMINE FINAL CURE

THIS DAY, THIS CAUSE came on to be considered on the Trustee's Motion Determine Final Cure (Docket No. 83), and no response having been timely filed, the Court finds the Trustee's Motion to Determine Final Cure should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Debtor's obligation to Carrington/BankUnited is current, with all defaults/arrearages cured, through June, 2025, with the indebtedness being contractually due for July, 2025, not including any subsequent payments made by the Debtor.

IT IS, FURTHER, ORDERED AND ADJUDGED that this Order shall be considered a

–1–

–2–

final judgment as set forth in Rule 9021 of the Federal Rules of Bankruptcy Procedure and Rule 58 of the Federal Rules of Civil Procedure.

##END OF ORDER##

Submitted and Approved By:

/s/Samuel J. Duncan, Attorney
for Chapter 13 Trustee
PO Box 566
Hattiesburg, MS   39403
(601) 582-5011
Miss. Bar No. 6234
sduncan@rawlings13.net