United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 21-50554-KMS |
| Raphael E DeLoach | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/codb | + | Raphael E DeLoach, Stacy M. DeLoach, 510 Washington St, Ellisville, MS 39437-2050 |
| aty | | S. Joel Johnson, Johnson, Ratliff & Waide, PLLC, P.O. Box 17738, Hattiesburg, MS 39404-7738 |
| 5011057 | + | Brickhouse OpCo I LLC, 4053 Maple Road, Suite 122, Amherst, NY 14226-1058 |
| 5003847 | | Eric C Miller, LOGS Legal Group, LLP Attorney for, Carrington Mortgage Services, LLC, 1080 River Oaks DriveSuite B-202, Flowood, MS 39232 |
| 5001194 | + | Jennifer Ann Curry Calvillo, Attorney for Debtor, The Rollins Law Firm, PLLC, 702 West Pine St., Hattiesburg, MS 39401-3836 |
| 5065987 | + | Santander Consumer USA, Inc., an Illinois, corporation d/b/a Chrysler Capital, 1601 Elm Street Ste 800, Dallas, TX 75201-7260 |
| 5000909 | + | Stacy DeLoach, 401 N Pine St, Laurel, MS 39440-3531 |
| 5000913 | ++ | TOWER LOAN, P O BOX 320001, FLOWOOD MS 39232-0001 address filed with court:, Tower Loan, P.O. Box 2713, Laurel, MS 39440 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Sep 03 2025 00:41:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: member.solutions@sunbeltfcu.org | Sep 02 2025 20:44:00 | Sunbelt Federal Credit Union, 6885 US Highway 49, Hattiesburg, MS 39402-7807 |
| 5000894 | + | Email/Text: EBNProcessing@afni.com | Sep 02 2025 20:44:00 | AFNI, P.O. Box 3097, Bloomington, IL 61702-3097 |
| 5000896 | | EDI: ATTWIREBK.COM | Sep 03 2025 00:41:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5008489 | | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 20:48:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5000895 | + | Email/PDF: bncnotices@becket-lee.com | Sep 02 2025 20:48:26 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5024351 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 02 2025 20:44:00 | BankUnited, N.A., Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 5006489 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 02 2025 20:44:00 | CARRINGTON MORTGAGE SERVICES LLC, 1600 SOUTH DOUGLASS ROAD, ANAHEIM CA 92806 |
| 5000898 | | Email/Text: BKBCNMAIL@carringtonms.com | Sep 02 2025 20:44:00 | Carrington Mortgage, P.O. Box 3489, Anaheim, CA 92803 |
| 5000897 | + | EDI: CAPITALONE.COM | Sep 03 2025 00:41:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 5012749 | + | EDI: AIS.COM | Sep 03 2025 00:41:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 40 |

| Recipient # | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5015025 | | EDI: CITICORP | Sep 03 2025 00:41:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5000900 | + | EDI: CITICORP | Sep 03 2025 00:41:00 | Citibank/Best Buy, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 5000901 | | Email/Text: bankruptcy@credencerm.com | Sep 02 2025 20:44:00 | Credence Resource Mana, P.O. Box 2238, Southgate, MI 48195-4238 |
| 5000903 | | EDI: IRS.COM | Sep 03 2025 00:41:00 | Department of Treasury -, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 5000902 | + | EDI: PHINGENESIS | Sep 03 2025 00:41:00 | Genesis BankCard, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 5000904 | + | Email/Text: ebone.woods@usdoj.gov | Sep 02 2025 20:44:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5013668 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2025 20:48:21 | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5002203 | | EDI: AGFINANCE.COM | Sep 03 2025 00:41:00 | ONEMAIN FINANCIAL GROUP, LLC AS SERVICER FOR, ONEMAIN FINANCIAL ISSUANCE TRUST 2019-A, ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5000905 | + | EDI: AGFINANCE.COM | Sep 03 2025 00:41:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 5000906 | | EDI: PRA.COM | Sep 03 2025 00:41:00 | Portfolio Recovery, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5075600 | + | EDI: PRA.COM | Sep 03 2025 00:41:00 | PRA Receivables Management, LLC as agent of, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541-1067 |
| 5000907 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 02 2025 20:48:21 | Resurgent Capital Serv, 15 South Main St, Ste 600, Greenville, SC 29601-2768 |
| 5000908 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 02 2025 20:44:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 5002656 | + | Email/Text: enotifications@santanderconsumerusa.com | Sep 02 2025 20:44:00 | Santander Consumer USA, Inc., an Illinois, corporation d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |
| 5000910 | + | Email/Text: bankruptcy@signetjewelers.com | Sep 02 2025 20:44:00 | Sterling Jewelers, P.O. Box 1799, Akron, OH 44309-1799 |
| 5000899 | + | Email/Text: member.solutions@sunbeltfcu.org | Sep 02 2025 20:44:00 | Sunbelt Federal Credit Union, 6885 U S Highway 49 N #3, Hattiesburg, MS 39402-7807 |
| 5000911 | + | EDI: SYNC | Sep 03 2025 00:41:00 | Synchrony Bank, PO Box 105972, Atlanta, GA 30348-5972 |
| 5000912 | + | EDI: SYNC | Sep 03 2025 00:41:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 5010184 | + | Email/Text: bankruptcy@towerloan.com | Sep 02 2025 20:44:00 | Tower Loan of Mississippi, LLC, P.O. Box 320001, Flowood, MS 39232-0001 |
| 5000914 | ^ | MEBN | Sep 02 2025 20:40:29 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5000915 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 02 2025 20:58:53 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 32

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 02, 2025 | Form ID: 3180W | Total Noticed: 40 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BankUnited N.A. |
| cr | | Carrington Mortgage Services, LLC |
| cr | | TOWER LOAN OF MISSISSIPPI, LLC |
| cr | *P++ | CARRINGTON MORTGAGE SERVICE LLC, 1600 S DOUGLAS RD SUITE 110, ANAHEIM CA 92806-5951, address filed with court:, BankUnited N.A, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |

TOTAL: 3 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2025         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Eric C Miller | on behalf of Creditor Carrington Mortgage Services  LLC logsecf@logs.com |
| Eric C Miller | on behalf of Creditor BankUnited N.A. logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Raphael E DeLoach jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| John E. Tucker | on behalf of Creditor TOWER LOAN OF MISSISSIPPI  LLC jtucker@towerloan.com |
| Samuel J. Duncan | on behalf of Trustee David Rawlings sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Raphael E DeLoach trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Raphael E DeLoach** | Social Security number or ITIN  xxx−xx−1904 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:  **21−50554−KMS** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Raphael E DeLoach**
aka Rapheal E Deloach

Dated: 9/2/25

**By the court:**    /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**